IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ABBAS MORADI, A# 221-347-898                                    PETITIONER

v.                                              CIVIL NO. 5:26-cv-227-DCB-RPM

WARDEN, Adams County Correctional Center                       RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Abbas Moradi's (Petitioner's),

Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is an immigration

detainee currently housed at the Adams County Correctional Center in Natchez,

Mississippi.

Petitioner names the Warden of the Adams County Correctional Center, as the

Respondent, along with others.  When a habeas petitioner challenges his present physical

custody, "the proper respondent is the warden of the facility where the [petitioner] is being

held, not the Attorney General or some other remote supervisory official." *Rumsfeld v.

Padilla*, 542 U.S. 426, 435 (2004).  After initial review of Petitioner's filings, the Court finds

that the proper Respondent is Warden, Adams County Correctional Center and Respondent

shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the

docket to reflect that the sole Respondent is Warden, Adams County Correctional Center.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other

responsive pleading in this cause within twenty (20) days of the service of a copy of this

order.  Respondent shall file with his or her answer or other responsive pleading any

---

[1] Petitioner paid the filing fee.

agency records or court records relevant to the disposition of this cause.   If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] (without attachments) filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.  Respondent may view Petitioner's Attachments [1-1] to his Petition via the Court's CM/ECF System.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 8th day of April, 2026.

s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2